United States District Court
Southern District of Texas
**ENTERED**
October 26, 2017
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| BILLY LAMON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:17-CV-00012 |
| | § | |
| BREAKWATER ENERGY SERVICES, | § | |
| LLC, | § | |
| | § | |
| *Defendant.* | § | |

### ORDER OF DISMISSAL

On this day, the Court considered the parties' *Joint Motion to Dismiss With Prejudice*. Dkt. 16.

After considering said motion, the Court is of the opinion that the motion should be GRANTED.

IT IS ORDERED that the *Joint Motion to Dismiss With Prejudice* is GRANTED.

IT IS FURTHER ORDERED that all claims in dispute in this lawsuit be dismissed with

prejudice to re-filing. All attorneys' fees and costs will be borne by the party incurring same.

SIGNED this 25th day of October, 2017.

George C. Hanks, Jr.
United States District Judge